467 A.2d 61

Gas Arc Supply Inc., Appellant v. Northwestern Nat'l Ins. Co., et al.

Argued May 24, 1982. Mitchell S. Greenspan, for appellant; Robert Perna Corbin, for appellee.

Before BROSKY, WIEAND and BECK, JJ.

Order affirmed.